IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 55 KENMORE LANE, LLC, : | |
| *Assignee of Kenmore Woods, LLC* : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. 10-1089 |
| v. : | |
| : | |
| UPPER PROVIDENCE TOWNSHIP : | |
| SEWER AUTHORITY, : | |
| : | |
| Defendant. : | |

## ORDER FOR JUDGMENT

**AND NOW**, this 11th day of February, 2011, following upon the Court's Civil Judgment entered on December 10, 2010 (Doc. 54), the Court has now resolved the remaining damage issue reserved for its determination as set out in the Memorandum Opinion entered this day by concluding that Plaintiff is not entitled to reimbursement for "tapping fees" as claimed. Accordingly, **IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiff in the amount of $170,938.66 in accordance with the jury's verdict of December 9, 2010 (Doc. 53).

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE